UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHEPH VOLFMAN,

               Plaintiff,

-against-

K & L HOSPITALITY LLC d/b/a LITTLE REBEL and LEE'S FAMILY REALTY INC.,

               Defendants.

24-CV-05989 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that, within **30 days** of the service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. See, *e.g., Calcano v. Swarovski N. Am. Ltd.,* 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.,* 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or before the undersigned would be productive at this time.

    IT IS FURTHER ORDERED that, within **45 days** of service of the summons and complaint, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either (1) refer the case to mediation, or (2) set a date for a settlement conference, or (3) proceed with an initial case management conference.

DATED: August 20, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge