UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                    Plaintiff,

-v-                                          24-CV-05989 (MMG) (RFT)

K&L HOSPITALITY LLC, et al.,                          **ORDER**

                    Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        On November 12, 2024, I issued an Order noting that the time to serve the complaint on each Defendant has expired and directing Plaintiff to file proof of service of all Defendants served by November 15, 2024. (ECF 9.) In that Order I directed Plaintiff to move for a nunc pro tunc extension of the time for service, if he wishes, by November 19, 2024. In that motion Plaintiff was directed to show good cause for the extension, and include a complete description under oath of all efforts made to date to effectuate service. In addition, the application to extend the time for service must comply with the Local Rules of the United States District Court for the Southern District of New York, including Local Rules 6.1 and 7.1. The November 15, 2024 and November 19, 2024 deadlines have now expired. I am sua sponte nunc pro tunc extending Plaintiff's deadline.

        It is ORDERED that by **Monday, November 21, 2024**, Plaintiff shall file proof of service of all Defendants served or a motion to extend the time for service.

DATED:  November 21, 2024
               New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge