

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

December 18, 2024

Hon. Judge Robyn F. Tarnofsky
United States Magistrate  Judge
United States Courthouse
500 Pearl Street
New York, NY 10007


RE:     **VOLFMAN v. K & L HOSPITALITY LLC, et al.**
        **DOCKET NO. 1:24-cv-5989**

Dear Judge Tarnofsky:


The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next Ninety (90) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties Ninety (90) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy