**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

JOSEPH VOLFMAN, on behalf of herself and
all others similarly situated,

Civil Action No.

                        Plaintiff,                                     1:24-cv-04729


                -against-


K & L HOSPITALITY d/b/a LITTLE REBEL                **JOINT STIPULATION OF**
And LEE'S FAMILY REALTY IN.,                         **DISMISSAL WITH PREJUDICE**
                        Defendants.

_____x

Plaintiff, Joseph Volfman, and Defendant, K & L Hospitality LLC dba Little Rebel, by and through

undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby

stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.


Dated: January 2, 2025


By: _____*Gabriel Levy*_____              By: _____

Gabriel A. Levy, Esq.                          John William Egan, Esq.
   *Attorney for Plaintiff*                       *Attorneys for Defendant*
Gabriel A. Levy, P.C.                          Seyfarth Shaw LLP (NYC)
1129 Northern Blvd, Ste 404                    620 Eighth Avenue
Manhasset, NY 11030                            New York, NY 10018-1405
T: 347-941-4715                                T : (212)-218-5500
Glevy@glpcfirm.com                             JEgan@seyfarth.com